```
 1  BILL LOCKYER
    Attorney General of the State of California
 2  LOUIS R. MAURO
    Senior Assistant Attorney General
 3  CHRISTOPHER E. KRUEGER
    Supervising Deputy Attorney General
 4  HIREN PATEL, State Bar No. 179269
    Deputy Attorney General
 5
     1300 I Street, Suite 125
 6   P.O. Box 944255
     Sacramento, CA 94244-2550
 7   Telephone: (916) 327-7870
     Fax: (916) 324-8835
 8   Email: Hiren.Patel@doj.ca.gov
 9  Attorneys for Defendants STEPHEN L. MOCK,
    THOMAS WARRINER, and ROBIN WEAVER
10
11              IN THE UNITED STATES DISTRICT COURT
12              FOR THE EASTERN DISTRICT OF CALIFORNIA
13
14
15  DAVID SERENA, RYAN GOMEZ, CHRIS          2:06-CV-1262 FCD KJM
    ROCHA, MANUEL ESCAMILLA, CARMEN
16  ALVAREZ AND ALEJANDRA                    STIPULATION AND ORDER
    HERNANDEZ,                               EXTENDING DEFENDANTS'
17                                           TIME TO RESPOND TO FIRST
                              Plaintiffs,    AMENDED COMPLAINT
18
         v.                                  "AS MODIFIED"
19
    STEPHEN L. MOCK, Presiding Judge,
20  Superior Court of Yolo County, individually
    and in his official capacity; THOMAS
21  WARRINER, Judge, Superior Court of Yolo
    County, individually and in his official
22  capacity; ROBIN WEAVER, Yolo County
    Jury Commissioner, individually and in her
23  official capacity,
24                            Defendants.
25
26      Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate
27  that the Defendants' time to file a response to Plaintiffs' First Amended Complaint is extended to
28  20 days following issuance of the Court's order regarding the Court's jurisdiction.  The hearing
```

regarding jurisdictional and standing issues regarding plaintiff's motion for preliminary injunction is set for August 4, 2006, at 10:00 a.m.

DATED:_____        Respectfully submitted,

                                    BILL LOCKYER
                                    Attorney General of the State of California

                                    HIREN PATEL
                                    Deputy Attorney General

                                    Attorneys for Defendants

DATED:_____        GONZALEZ & LEIGH

                                    G. WHITNEY LEIGH,
                                    Attorney for Plaintiffs

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall file their responsive pleading to the First Amended Complaint within 20 days of the issuance of the Court's order, ruling regarding its jurisdiction over this action issued following the hearing set for August 4, 2006.

DATED: July 26, 2006        /s/ Frank C. Damrell Jr.
                                    HON. FRANK C. DAMRELL, JR.
                                    U.S. DISTRICT JUDGE

SERENA-YOLO stip extend 0726.wpd
SA2006101718