MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
JAMES T. HAMMER [Of Counsel] (SBN 124247)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
DAVID SERENA, MANUEL ESCAMILLA,
CARMEN ALVAREZ, AND
ALEJANDRA HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SERENA, MANUEL ESCAMILLA, CARMEN ALVAREZ, ALEJANDRA HERNANDEZ,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>STEPHEN L. MOCK, Presiding Judge Superior Court of Yolo County, individually and in his official capacity; THOMAS WARRINER, Judge, Superior Court of Yolo County, individually and in his official capacity; ROBIN WEAVER, Yolo County Jury Commissioner, individually and in her official capacity.<br><br>　　　　　　Defendants. | Case No. 06-CV-1262 FCD (KJM)<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR FILING DISPOSITIVE MOTIONS**<br><br>**Judge: Hon. Frank C. Damrell, Jr.** |

　　　　The parties, by and through their respective counsel of record and pursuant to Local Rule 5-133(b) and 78-230 (b) hereby stipulate that the parties shall be permitted to electronically file dispositive motions with the clerk of the court by November 17, 2006. With the court¹s permission, the parties further stipulate that these motions may be personally or electronically served on opposing counsel by November 17, 2006.

　　　　WHEREAS the deadline for electronically filing dispositive motions is currently set for November 14, 2006;

　　　　WHEREAS discovery that should be included in these dispositive motions, including the

deposition transcripts of Judges Mock and Warriner, is being made available to the parties on November 13, 2006;

WHEREAS the inclusion of this information in the dispositive motions may lead to resolution of issues and allow for a more judicious and efficient process before and during trial;

The parties respectfully request that the court approve this stipulation to continue the date for electronically filing dispositive motions. IT IS HEREBY ORDERED that the parties may electronically file dispositive motions with the clerk of the court by November 17, 2006; and the parties may personally or electronically serve dispositive motions on opposing counsel by November 17, 2006.

| GONZALEZ & LEIGH | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| BY _____/s/_____ | BY  /s/ (as authorized on November 13, 2006) |
| G. WHITNEY LEIGH<br>ATTORNEYS FOR PLAINTIFFS<br>DAVID SERENA, MANUEL ESCAMILLA,<br>CARMEN ALVAREZ, and ALEJANDRA HERNANDEZ | STEVEN GEVERCER<br>HIREN PATEL<br>ATTORNEYS FOR DEFENDANTS<br>STEPHEN MOCK, THOMAS WARRINER, and ROBIN WEAVER |

**IT IS SO ORDERED:**

DATED: November 13, 2006

/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR.