IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID SERENA, RYAN GOMEZ, CHRIS ROCHA, MANUEL ESCAMILLA, CARMEN ALVAREZ AND ALEJANDRA HERNANDEZ,**<br><br>                                            Plaintiffs,<br><br>v.<br><br>**STEPHEN L. MOCK, Presiding Judge, Superior Court of Yolo County, individually and in his official capacity; THOMAS WARRINER, Judge, Superior Court of Yolo County, individually and in his official capacity; ROBIN WEAVER, Yolo County Jury Commissioner, individually and in her official capacity,**<br><br>                                            Defendants. | 2:06-CV-1262 FCD/KJM<br><br>**ORDER PERMITTING PARTIES TO SERVE OPPOSITION BRIEFS ELECTRONICALLY** |

The stipulation filed November 29, 20, document #67, is ADOPTED and the Court HEREBY ORDERS that the parties may electronically file and serve their respective opposition briefs and any supporting papers to the other party on or before December 1, 2007.

Dated:  November 29, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE