UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID SERENA, et al.,

        Plaintiffs,

   v.

STEPHEN L. MOCK, Presiding Judge, Superior Court of Yolo County, individually and in his official capacity, et al.,

        Defendants.

NO. CIV. S-06-1262 FCD KJM

ORDER

----oo0oo----

In accordance with the Ninth Circuit's Order, this case is DISMISSED.

IT IS SO ORDERED.

DATED: October 28, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE